IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Metcalf, Kevin | Case Number:  05 B 31520 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/5/08 | Filed:  8/10/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 19, 2008
Confirmed: October 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,250.00 | |
| Secured: | | 8,153.95 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,503.40 |
| Trustee Fee: | | 592.65 |
| Other Funds: | | 0.00 |
| Totals: | 11,250.00 | 11,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ronald B Lorsch Esq | Administrative | 2,503.40 | 2,503.40 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 9,532.24 | 7,157.24 |
| 4. | Chase Home Finance | Secured | 6,143.50 | 996.71 |
| 5. | Asset Acceptance | Unsecured | 128.76 | 0.00 |
| 6. | Direct Tv | Unsecured | | No Claim Filed |
| 7. | Village of South Holland | Unsecured | | No Claim Filed |
| 8. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 9. | SBC | Unsecured | | No Claim Filed |
| 10. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 18,307.90 | $ 10,657.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 173.25 |
| 5% | 90.00 |
| 4.8% | 86.40 |
| 5.4% | 243.00 |
| | _____ |
| | $ 592.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Metcalf, Kevin

Printed: 8/5/08

Case Number: 05 B 31520
Judge: Wedoff, Eugene R
Filed: 8/10/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

